1  **LAW OFFICES OF JOHNNY L. GRIFFIN III**
   **JOHNNY L. GRIFFIN III (SBN 118694)**
2  **SILKY SAHNAN (SBN 242850)**
   1010 F STREET, SUITE 200
3  SACRAMENTO, CA 95814
   Telephone: (916) 444-5557
4  Facsimile: (916) 444-5558

5  Attorney for Defendant
   Guljinder Singh Gill
6

7                    **IN THE UNITED STATES DISTRICT COURT**

8                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

9

10  UNITED STATES OF AMERICA,            )  Case No.: 2:07- CR-00151- DLJ
                                         )
11          Plaintiff,                   )  **STIPULATION AND ORDER TO**
                                         )  **CONTINUE STATUS CONFERENCE**
12      vs.                              )
                                         )  DATE:  July 3, 2007
13   GULJINDER SINGH GILL,HARMAN         )  TIME:  9:00 a.m.
    SANDHU, AND VICTOR FARUQ             )
14                                       )  Hon. D Lowell Jensen
                                         )
15                                       )
                                         )
16          Defendants.

17

18         Defendants, by and through their undersigned counsel, and the United States of

19  America, through Assistant United States Attorney Jason Hitt, hereby agree and stipulate to

20  continue the status conference in the above captioned case from July 3, 2007 to September

21  11, 2007 at 9:00 a.m.[1] This continuance is requested because counsel for Defendant

22  Guljinder Singh Gill is currently in a criminal jury trial  in the case of *People v. Ruben*

23  *Martinez,* Santa Clara County Superior Case Number CC630512 and therefore has been

24

25

---

[1] The parties have been advised by this Court's Clerk that September 11, 2007 at 9:00 a.m. is an available date and time for a status conference on this matter.

unavailable to review and discuss discovery with his client and conduct further investigation.

For this reason, the parties stipulate and request that the Court exclude time within which the trial must commence under the Speedy Trial Act from July 3, 2007 through September 11, 2007, for the defense preparation under 18 U.S. C. § 3161(h)(8)(B)(iv) (Local Code T4).

Dated: June 29, 2007,                    Respectfully submitted,

/s/ Jason Hitt[2]
Jason Hitt
Assistant United States Attorney


Dated: June 29, 2007                     /s/ Johnny L. Griffin, III
JOHNNY L. GRIFFIN, III
Attorney for Defendant
Guljinder Singh Gill

Dated: June 29, 2007                     /s/ Jesse J. Garcia[3]
JESSE J. GARCIA
Attorney for Defendant
Victor Faruq

Dated: June 29, 2007                     /s/ John P. Brennan___
David W. Dratman
Attorney for Defendant
Harman Sandhu

---

[2] Jason Hitt telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation on his behalf.

[3] Mr. Garcia and Mr. Dratman telephonically authorized attorney Johnny L. Griffin, III to sign this proposed stipulation and order on their behalf.

ORDER

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendants counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the interests of the public and the Defendants in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

Dated: July 3, 2007

/s/ D. Lowell Jensen_____
HON. D LOWELL JENSEN
United States District Judge