**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III (SBN 118694)**
**SILKY SAHNAN (SBN 242850)**
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorney for Defendant
Guljinder Singh Gill

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>GULJINDER SINGH GILL, HARMAN SANDHU, AND VICTOR FARUQ<br><br>    Defendants. | Case No.: 2:07- CR-00151- DLJ<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>DATE: February 5, 2008<br>TIME: 9:00 a.m.<br><br>Hon. D Lowell Jensen |

Defendants, by and through their undersigned counsel, and the United States of America, through Assistant United States Attorney Jason Hitt hereby agree and stipulate to continue the status conference in the above captioned case from February 5, 2008 to March 25, 2008 at 9:00 a.m.[1] This continuance is requested because Assistant United States Attorney Jason Hitt is currently in a jury trial.

---

[1] The parties have been advised by this Court's Clerk that March 25, 2008 at 9:00 a.m. is an available date and time for a status conference on this matter.

PDF created with pdfFactory trial version www.pdffactory.com

For this reason, the parties stipulate and request that the Court exclude time within which the trial must commence under the Speedy Trial Act from February 5, 2008 through March 25, 2008, and under 18 U.S. C. § 3161(h)(8)(B)(iv) (Local Code T4).

Dated: February 4, 2008   Respectfully submitted,

/s/ Jason Hitt[2]
Jason Hitt
Assistant United States Attorney

Dated: February 4, 2008   /s/ Johnny L. Griffin, III
JOHNNY L. GRIFFIN, III
Attorney for Defendant
Guljinder Singh Gill

Dated: February 4, 2008   /s/ Jesse J. Garcia[3]
JESSE J. GARCIA
Attorney for Defendant
Victor Faruq

Dated: February 4, 2008   /s/ David W. Dratman
David W. Dratman
Attorney for Defendant
Harman Sandhu

---

[2] Assistant United States Attorneu Jason Hitt telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation on his behalf.

[3] Attorneys Garcia and Dratman telephonically authorized attorney Johnny L. Griffin, III to sign this proposed stipulation and order on their behalf.

PDF created with pdfFactory trial version www.pdffactory.com

ORDER

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendants counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the interests of the public and the Defendants in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

Dated: 2/5/2008

/s/ D. Lowell Jensen
HON. D LOWELL JENSEN
United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com