# OFFICE OF THE FEDERAL DEFENDER
## EASTERN DISTRICT OF CALIFORNIA
### 801 I STREET, 3rd FLOOR
### SACRAMENTO, CALIFORNIA 95814
*(916) 498-5700 Fax: (916) 498-5710*

*Daniel J. Broderick*
*Federal Defender*

*Linda Harter*
*Chief Assistant Defender*

February 27, 2008

**FILED**

FEB **2 9** 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

Mr. Hayes H. Gable
Attorney at Law
428 J Street, #350
Sacramento, CA 95814

Re:     **U.S. v. Victor Ferun Farqu**
        **Cr.S-07-0151-DLJ**

Dear Mr. Gable:

This will confirm your appointment as counsel by the Honorable D. Lowell Jensen, U.S. District Judge, to represent the above-named defendant. You are attorney of record until such time as you are relieved or other action is taken to appoint a different attorney.

Enclosed is CJA 20 form, your Order of Appointment and Voucher for services rendered. Also enclosed is an instruction sheet discussing the use of the forms.

If we may be of any further assistance regarding the processing of the enclosed form, preparation of form CJA 21 for expert services, or in reference to any other matter pertaining to this case, please feel free to call upon us at any time.

Very truly yours,

CYNTHIA L. COMPTON
CJA Panel Administrator

:clc
Enclosures

cc:     Clerk's Office

## CJA 20  APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| CAE | Farqu, Victor Ferun | | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | 2:07-000151-002 | | |

| 7. IN CASE/MATTER OF  (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| U.S. v. Gill | Felony | Adult Defendant | Criminal Case |

**11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section)** If more than one offense, list (up to five) major offenses charged, according to severity of offense.
1) 21 841A=CD.F -- CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE

**12. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix) AND MAILING ADDRESS**

GABLE III, HAYES H.
428 J STREET
STE. #350
SACRAMENTO CA 95814

Telephone Number: _____

**14. NAME AND MAILING ADDRESS OF LAW FIRM (only provide per instructions)**

**13. COURT ORDER**
- [X] O  Appointing Counsel
- [ ] F  Subs For Federal Defender
- [ ] P  Subs For Panel Attorney
- [ ] C  Co-Counsel
- [ ] R  Subs For Retained Attorney
- [ ] Y  Standby Counsel

Prior Attorney's Name: _____
   Appointment Date: _____

[ ] Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, or

[ ] Other (See Instructions)

Signature of Presiding Judicial Officer or By Order of the Court
Date of Order  12/13/2007   2-25-08          Nunc Pro Tunc Date  12-13-07
Repayment or partial repayment ordered from the person represented for this service at time of appointment.     [ ] YES     [ ] NO

### CLAIM FOR SERVICES AND EXPENSES

| CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| **15.** a. Arraignment and/or Plea | | | | | |
| b. Bail and Detention Hearings | | | | | |
| c. Motion Hearings | | | | | |
| In Court  d. Trial | | | | | |
| e. Sentencing Hearings | | | | | |
| f. Revocation Hearings | | | | | |
| g. Appeals Court | | | | | |
| h. Other (Specify on additional sheets) | | | | | |
| (Rate per hour = $ 94 )  TOTALS: | | | | | |
| **16.** a. Interviews and Conferences | | | | | |
| b. Obtaining and reviewing records | | | | | |
| Out of Court  c. Legal research and brief writing | | | | | |
| d. Travel time | | | | | |
| e. Investigative and Other work  (Specify on additional sheets) | | | | | |
| (Rate per hour = $ 94 )  TOTALS: | | | | | |
| **17.** Travel Expenses  (lodging, parking, meals, mileage, etc.) | | | | | |
| **18.** Other Expenses  (other than expert, transcripts, etc.) | | | | | |
| GRAND TOTALS (CLAIMED AND ADJUSTED) | | | | | |

**19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE**
FROM _____  TO _____

**20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION**

**21. CASE DISPOSITION**

**22. CLAIM STATUS**   [ ] Final Payment   [ ] Interim Payment Number _____   [ ] Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case?   [ ] YES   [ ] NO   If yes, were you paid?   [ ] YES   NO
Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything or value) from any other source in connection with this representation?   [ ] YES   [ ] NO   If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney: _____   Date: _____

### APPROVED FOR PAYMENT — COURT USE ONLY

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR / CERT |
|---|---|---|---|---|
| | | | | |

| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | | DATE | 28a. JUDGE / MAG. JUDGE CODE |
|---|---|---|---|
| | | | |

| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
|---|---|---|---|---|
| | | | | |

| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | | DATE | 34a. JUDGE CODE |
|---|---|---|---|
| | | | |

1  GARCIA, SCHNAYERSON & THOMPSON
   ATTORNEYS AT LAW
2  225 West Winton Avenue
   Suite 208
3  Hayward, California  94544
   Telephone:  (510) 887-7445
4

5              UNITED STATES DISTRICT COURT

6         FOR THE EASTERN DISTRICT OF CALIFORNIA

7  UNITED STATES OF AMERICA,        )
                                    )     CASE NO.  CR-00151-DLJ
8              Plaintiff,           )
                                    )
9  vs.                              )
                                    )     SUBSTITUTION OF COUNSEL
10 VICTOR FARUQ                     )     AND (PROPOSED) ORDER
                                    )
11             Defendant.           )
                                    )
12 _____)

13     Defendant herein, Victor Faruq, hereby requests that Jesse J. Garcia, be relieved and that

14 Hayes H. Gable, III, ~~whom I have retained~~, be substituted in his place to represent me.

15 DATED:  February 20, 2008          /s/ Victor Faruq_____
16                                    VICTOR FARUQ

17     I consent to the above substitution.

18 DATED:  February 20, 2008          /s/ Jesse J. Garcia_____
                                      JESSE J. GARCIA
19                                    Attorney at Law

20     I consent to the above substitution.

21 DATED:  February 20, 2008
                                      _____
22                                    /s/ Hayes H. Gable, III_____
                                      HAYES H. GABLE, III
                                      Attorney at Law
23

   IT IS SO ORDERED
24
   Dated:_____          _____/s/ D. Lowell Jensen_____
25                                    D. LOWELL JENSEN
                                      United States District Judge
26

27

28