**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III  (SBN 118694)**
**SILKY SAHNAN (SBN 242850)**
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorney for Defendant
Guljinder Singh Gill

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:07-CR-00151- JAM |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | |
| GULJINDER SINGH GILL, HARMAN SANDHU, WILL ADAMIAN, AND VICTOR FARUQ | DATE: October 21, 2008
TIME: 9:30 a.m.
Hon. John. A. Mendez |
| Defendants. | |

Defendants, by and through their undersigned counsel, and the United States of America, through Assistant United States Attorney Jason Hitt, hereby agree and stipulate to continue the status conference in the above captioned case from October 21, 2008 to December 16, 2008 at 9:30 a.m.[1] This continuance is requested because counsel for Defendants need additional time to review discovery, conduct further investigation, and discuss resolution with counsel for the Government.

---

[1] The parties have been advised by this Court's Clerk that December 16, 2008 at 9:30 a.m. is an available date and time for a status conference on this matter.

For this reason, the parties stipulate and request that the Court exclude time within which the trial must commence under the Speedy Trial Act from October 21, 2008 through December 16, 2008, for the defense preparation under 18 U.S. C. § 3161(h)(8)(B)(iv) (Local Code T4).

Dated: October 20, 2008     Respectfully submitted,

/s/ Jason Hitt[2]
Jason Hitt
Assistant United States Attorney

Dated: October 20, 2008     /s/ Johnny L. Griffin, III
JOHNNY L. GRIFFIN, III
Attorney for Defendant
Guljinder Singh Gill

Dated: October 20, 2008     /s/ Hayes Gable [3]
HAYES GABLE
Attorney for Defendant
Victor Faruq

Dated: October 20, 2008     /s/ Michael Cardoza
MICHAEL CARDOZA
Attorney for Defendant
Harman Sandhu

Dated: October 20, 2008
/s/ Danny Brace
DANNY BRACE
Attorney for Defendant
Will Adamian

---

[2] Assistant United States Attorney Jason Hitt telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation on his behalf.

[3] Attorneys Hayes Gable, Michael Cardoza and Danny Brace telephonically authorized attorney Johnny L. Griffin, III to sign this proposed stipulation and order on their behalf.

ORDER

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendants counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the interests of the public and the Defendants in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**


Dated: October 20, 2008        /s/ John A. Mendez
                               HON. JOHN A. MENDEZ
                               United States District Judge