| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664<br>Federal Defender |
| 2 | DAVID M. PORTER, Bar #127024<br>Assistant Federal Defender |
| 3 | Counsel Designated for Service<br>801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814<br>Telephone: (916) 498-5700 |


FILED
MAY 2 2 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Attorneys for Defendant
VICTOR FARUQ

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR FARUQ,<br><br>Defendant. | No. Cr. S 07-151 JAM<br><br>**STIPULATED MOTION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>*ESTIMATED RELEASE DATE: Nov. 1, 2015*<br><br>Judge: Honorable JOHN A. MENDEZ |
|---|---|

Defendant, VICTOR FARUQ, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On March 31, 2009, this Court sentenced Mr. Faruq to a term of 121 months imprisonment;

3. His total offense level was 31, his criminal history category was II, and the resulting guideline range was 121 to 151 months;

4. The sentencing range applicable to Mr. Faruq was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973, with an effective date of November 1, 2015;

5. Mr. Faruq's total offense level has been reduced from 31 to 29, and his amended guideline range is 97 to 121 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Faruq's term of imprisonment to a total term of 97 months;

7. In light of the parties' stipulation, the noticed motion filed May 5, 2015, is withdrawn.

Respectfully submitted,

| | |
|---|---|
| Dated: May 15, 2015 | Dated: May 15, 2015 |
| BENJAMIN B. WAGNER<br>United States Attorney | HEATHER E. WILLIAMS<br>Federal Defender |
| /s/ Jason Hitt<br>JASON HITT<br>Assistant U.S. Attorney | /s/ David M. Porter<br>DAVID M. PORTER<br>Assistant Federal Defender |
| Attorney for Plaintiff<br>UNITED STATES OF AMERICA | Attorney for Defendant<br>VICTOR FARUQ |

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Faruq is entitled to the benefit Amendment 782, which reduces the total offense level from 31 to 29, resulting in an amended guideline range of 97 to 121 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in March 2009 is reduced to a term of 97 months.

The noticed motion having been withdrawn, the hearing set for June 16, 2015, is VACATED.

| | |
|---|---|
| 1 | IT IS FURTHER ORDERED that all other terms and provisions of the original judgment |
| 2 | remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above |
| 3 | reduction in sentence, and shall serve certified copies of the amended judgment on the United |
| 4 | States Bureau of Prisons and the United States Probation Office. |
| 5 | Unless otherwise ordered, Mr. Faruq shall report to the United States Probation Office |
| 6 | within seventy-two hours after his release. |
| 7 | Dated: May 22, 2015 |

HONORABLE JOHN A. MENDEZ
United States District Court Judge